## HILL *v.* AMERICAN FREEHOLD CO.

*Lumpkin, J.*—This case is absolutely controlled by the decision of this court in the case of *Jackson* v. *American Mortgage Co. of Scotland, Limited,* 88 *Ga.* 756.          *Judgment affirmed.*
April 27, 1896.  Argued at the last term.

*Assumpsit.* Before Judge Reese. Warren superior court. April term, 1895.

*John T. West* and *W. M. Hawes,* for plaintiff in error.
*W. E. Simmons, James Whitehead* and *Anderson, Felder & Davis,* contra.